THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Lawrence
 McCoy,        Appellant.
 
 
 

Appeal From Marlboro County
Paul M. Burch, Circuit Court Judge

Unpublished Opinion No. 
2005-UP-479
Submitted August 1, 2005  Filed August 8, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Robert M. Dudek, Office of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Office of the
 Attorney General, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellant,
Lawrence McCoy, was indicted for and pled guilty to three counts of distribution
of crack cocaine, two counts of distribution of crack cocaine within a half mile
of a school or park, and one count of distribution of marijuana.  The trial
judge sentenced McCoy to concurrent terms of three years on the marijuana charge
and six years on each of the other charges.  McCoys counsel attached to
the brief a petition to be relieved as counsel, stating that he had reviewed the
record and concluded this appeal lacks merit.  McCoy did not file a
separate pro se brief.  We dismiss pursuant to Anders v.
California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116,
406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.1
APPEAL DISMISSED. 
ANDERSON, HUFF, and WILLIAMS, JJ.,
concur.

1 We decide this case without oral argument pursuant to Rule 215,
SCACR.